UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

PAULA G. JENKINS,                    )
                                     )    No.  CV-11-0148-CI
                    Plaintiff,       )
                                     )
v.                                   )    ORDER GRANTING STIPULATED
                                     )    MOTION TO REMAND PURSUANT TO
MICHAEL J. ASTRUE,                   )    SENTENCE FOUR OF 42 U.S.C.
Commissioner of Social               )    § 405(g)
Security,                            )
                                     )
                    Defendant.       )

        BEFORE THE COURT is the parties' stipulated Motion to Remand
the above-captioned matter to the Commissioner for additional
administrative proceedings.  (ECF No. 26.)  Attorney Rebecca M.
Coufal represents Plaintiff; Special Assistant United States
Attorney Mathew W. Pile represents Defendant.  The parties have
consented to proceed before a magistrate judge.  (ECF No. 7.)  After
considering the stipulation of the parties,

        **IT IS ORDERED:**

        1.  The parties' stipulated Motion to Remand **(ECF No. 26)** is
**GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the
Commissioner of Social Security for further administrative
proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On
remand, the administrative law judge (ALJ) shall re-assess the
evidence and symptoms of Plaintiff's migraine headaches and
incontinence; and reassess Plaintiff's additional evidence from a

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1  vocational expert.

2      2.   Judgment shall be entered for the **PLAINTIFF**.

3      3.   Plaintiff's Motion for Summary Judgment (**ECF No. 20**) is

4  stricken as moot.

5      4.   An application for attorney fees may be filed by separate

6  motion.

7      The District Court Executive is directed to enter this Order,

8  forward copies to counsel, and thereafter shall close this file.

9      DATED July 2, 2012.

10

11              _____S/ CYNTHIA IMBROGNO_____
                 UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATED MOTION TO REMAND - 2